**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF AMADOR
*Exempt from filing fee pursuant to Government Code 6103*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN BUCHANAN, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF AMADOR, and DOES 1-10 inclusive,<br><br>        Defendants.<br>_____/ | No. 2:20-cv-02428 JAM DB<br><br>**STIPULATION THAT THE PARTIES MAY PROPOUND CALIFORNIA FORM INTERROGATORIES, EMPLOYMENT NO.'S 200.0-217.1 AND ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff ERIN BUCHANAN and Defendant COUNTY OF AMADOR, through their respective counsel, that good cause exists to allow the parties to propound California Form Interrogatories, Employment No.'s 200.0 – 217.1, in addition to the number of Interrogatories provided by FRCP Rule 33. Allowing the parties to do so would promote efficiency of discovery, given the discovery cut-off date of July 22, 2022.

///

///

///

**IT IS SO STIPULATED.**

Dated:  July 27, 2021                                    PORTER SCOTT
                                                         A PROFESSIONAL CORPORATION

                                                         By <u>/s/ William E. Camy</u>
                                                              Stephen E. Horan
                                                              William E. Camy
                                                              Alison J. Southard
                                                              Attorneys for Defendant


Dated: July 27, 2021                                     MAYALL HURLEY, APC


                                                         <u>By /s/ William J. Gorham (authorized on 7/26/2021)</u>
                                                              William J. Gorham III
                                                              Nicholas F. Scardigli
                                                              Vladimir J. Kozina
                                                              Attorneys for Plaintiff


**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that, in addition to the number of Interrogatories provided by FRCP Rule 33, the parties may propound California Form Interrogatories, Employment No.'s 200.0 – 217.1.

DATED: July 27, 2021                  /s/ DEBORAH BARNES
                                      UNITED STATES MAGISTRATE JUDGE