**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
David R. Norton, SBN 291448
Alison J. Southard, SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
dnorton@porterscott.com
asouthard@porterscott.com

Attorneys for Defendant
COUNTY OF AMADOR

*Exempt from filing fee pursuant to Government Code section 6103*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| ERIN BUCHANAN, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>COUNTY OF AMADOR, and DOES 1-10 inclusive,<br><br>　　Defendants.<br>_____ / | Case No.: Case No.: 2:20-CV-02428-JAM-DB<br><br>**STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE CAROLYN DELANEY AND CONTINUANCE OF DISPOSITIVE MOTION FILING DEADLINE AND HEARING DATES**<br><br>Comp. Filed: 12/8/2020 |

{02725753.DOCX}

1

STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE CAROLYN DELANEY AND CONTINUANCE OF DISPOSITIVE MOTION FILING DEADLINE AND HEARING DATES

Plaintiff ERIN BUCHANAN and Defendant COUNTY OF AMADOR (collectively referred to as the "parties"), by and through their respective counsels of record, hereby stipulate as follows:

The parties have completed sufficient discovery such that they believe a Settlement Conference will be productive. To conserve the parties and Court's resources, and to have a most productive Settlement Conference, the parties agree that any further discovery should occur after the Settlement Conference, and the filing of a dispositive motion should occur after discovery has been completed. Given the foregoing, the parties request the Court issue an Order consistent with the following:

1. This matter be set for an early settlement conference to be conducted before Magistrate Judge Carolyn Delaney on August 22, 2022, at 9:30 a.m.
2. The deadline to complete all discovery be continued to October 21, 2022.
3. The deadline to file a dispositive motion be continued to December 2, 2022.
4. The deadlines for the filing of an opposition and reply to any dispositive motion shall be triggered based upon the filing date of any dispositive motion and shall be consistent with the Eastern District Local Rules.
5. The hearing on dispositive motions be continued to January 17, 2023, at 1:30 p.m.
6. Final Pretrial Conference be held on March 3, 2023, at 10:00 a.m.
7. Jury Trial be held on May 1, 2023, at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated:   June 7, 2022                    PORTER SCOTT
                                         A PROFESSIONAL CORPORATION


                                         By:   /s/ *William E. Camy*
                                                  William E. Camy
                                                  Attorneys for Defendants


Dated: June 13, 2022                     MAYALL HURLEY, APC

                                         *By /s/ William J. Gorham*
                                                  William J. Gorham III
                                                  *Attorney for Plaintiff*

*{02725753.DOCX}*

2
STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE CAROLYN DELANEY AND CONTINUANCE OF DISPOSITIVE MOTION FILING DEADLINE AND HEARING DATES

**ORDER:**

The Court, having reviewed and considered the Parties' Stipulation for an early Settlement Conference, and finding good cause, hereby Orders as follows:

1. This matter be set for an early settlement conference to be conducted before Magistrate Judge Carolyn Delaney on August 22, 2022, at 9:30 a.m.
2. The deadline to complete all discovery be continued to October 21, 2022.
3. The deadline to file a dispositive motion be continued to December 2, 2022.
4. The deadlines for the filing of an opposition and reply to any dispositive motion shall be triggered based upon the filing date of any dispositive motion and shall be consistent with the Eastern District Local Rules.
5. The hearing on dispositive motions be continued to January 24, 2023, at 1:30 p.m.
6. Final Pretrial Conference be held on March 17, 2023, at 10:00 a.m.
7. Jury Trial be held on May 1, 2023, at 9:00 a.m.

**IT IS SO ORDERED.**


Dated:  June 13, 2022                           /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE

*{02725753.DOCX}*

3
STIPULATION AND ORDER REQUESTING EARLY SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE CAROLYN DELANEY AND CONTINUANCE OF DISPOSITIVE MOTION FILING DEADLINE AND HEARING DATES