WILLIAM J. GORHAM III (CA State Bar No. 151773)
NICHOLAS F. SCARDIGLI (CA State Bar No. 249947)
VLADIMIR J. KOZINA (CA State Bar No. 284645)
MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone: (209) 477-3833
Facsimile: (209) 473-4818
E-Mail: wgorham@mayallaw.com
       nscardigli@mayallaw.com
       vjkozina@mayallaw.com

**Attorneys for Plaintiff Erin Buchanan**

PORTER | SCOTT
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF AMADOR

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ERIN BUCHANAN, an individual,<br><br>    Plaintiff,<br>vs.<br><br>COUNTY OF AMADOR; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No.:  2:20-cv-02428-JAM-DB<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them at the Settlement Conference before Magistrate Judge Carolyn Delaney on August 22,

2022, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and cost.

**DATED:** September 15, 2022    **MAYALL HURLEY P.C.**

By:   */s/ William J. Gorham, III*
      WILLIAM J. GORHAM III
      Attorneys for Plaintiff ERIN BUCHANAN

**DATED:** September 15, 2022    PORTER SCOTT
                                 A PROFESSIONAL CORPORATION

By:   */s/ William E. Camy*
      William E. Camy
      Attorneys for Defendant
      COUNTY OF AMADOR

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: September 15, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE